AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 13, 2022**

SEAN F. McAVOY, CLERK

DOUGLAS ALAN BARTLETT,

*Plaintiff*

v.

JUDGE TONY HAZEL; COMMISSIONER TAMMY CHAVEZ; ATTORNEY GARY STENZEL; and KIM BARTLETT,

*Defendant*

Civil Action No.  2:22-CV-00076-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Defendants' Motion to Dismiss, ECF No. 6, is GRANTED. This action and all claims therein are DISMISSED with prejudice. Judgment is entered in favor of Defendants and against Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  STANLEY A. BASTIAN  on a motion to dismiss.

Date:  7/13/2022

*CLERK OF COURT*

SEAN F. McAVOY

s/ Courtney Piazza
*(By) Deputy Clerk*

Courtney Piazza